# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00092-CR

**Randall Joseph Boudreaux, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY
### NO. C-1-CR-09-209499, HONORABLE CARLOS HUMBERTO BARRERA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on January 11, 2012, and the clerk's record was filed on February 13. On March 14, we sent appellant's counsel notice that the reporter's record was overdue and that the court reporter had informed us that appellant had neither paid for nor made arrangements to pay for the record. To date, the record has not been filed. On May 24, we sent appellant's counsel notice that the brief was overdue, requesting a response no later than June 4. Counsel has not responded, and the brief has not been filed.

The appeal is therefore abated. The trial court shall conduct a hearing to determine whether appellant still wishes to pursue his appeal, whether he is indigent, and whether counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b). The court shall make appropriate findings and recommendations, and a supplemental record from this hearing, including copies of all findings and

orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court no later than December 21, 2012. *See id*.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Abated

Filed:  November 16, 2012

Do Not Publish